UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Fort Pierce Division

Case Number:  08-14118-CIV-MARTINEZ-LYNCH

MIREYA PAEZ-SCARDIGNO, on her own behalf and others similarly situated,

    Plaintiff,

vs.

LENNAR HOMES, LLC f/k/a LENNAR HOMES, INC., a Florida corporation,

    Defendant.

_____/

### ORDER GRANTING MOTION FOR THEODORE D. MEYER TO APPEAR *PRO HAC VICE*

This CAUSE came before the Court upon local counsel Chad K. Lang's Motion for Theodore D. Meyer to Appear *Pro Hac Vice* **(D.E. No. 11)** as co-counsel on behalf of the Defendant, filed on May 23, 2008.  The Court has considered the motion and has been sufficiently advised.  It is hereby:

**ORDERED AND ADJUDGED** that

1. Chad K. Lang's Motion for Theodore D. Meyer to Appear *Pro Hac Vice* **(D.E. No. 11)** is hereby **GRANTED**.

2. Designated local counsel, Chad K. Lang, shall, pursuant to Rule 4 of the Local Rules Governing Admission and Practice of Attorneys, be served with all papers in this action and ensure counsel who is appearing *pro hac vice* complies with this Court's orders and all applicable rules.

3.  The Clerk of the Court is DIRECTED to provide Theodore D. Meyer with notices of all electronic filings in this case at: tdmeyer@jonesday.com.

DONE AND ORDERED in Chambers at Miami, Florida, this 27th day of May, 2008.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lynch
All Counsel of Record