UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Ft. Pierce Division

Case Number: 08-14118-CIV-MARTINEZ-LYNCH

MIREYA PAEZ-SCARDIGNO, on her own
behalf and others similarly situated,

    Plaintiff,

vs.

LENNAR HOMES, LLC f/k/a LENNAR
HOMES, INC., a Florida corporation,

    Defendant.
_____/

## ORDER STRIKING NOTICE OF UNAVAILABILITY

THIS CAUSE came before the Court upon Plaintiff's Notice of Unavailability **(D.E. No. 18)**, filed on **July 8, 2008**. Neither the Local Rules nor the Federal Rules of Civil Procedure authorize this filing, and the Court is unwilling to burden itself with the task of keeping track of the whereabouts of parties or their counsel in every case before it. If a party wishes to move a hearing, trial, or other deadline set by the Court, an appropriate motion must be filed. Therefore, it is hereby:

**ORDERED AND ADJUDGED** that

Plaintiff's Notice of Unavailability **(D.E. No. 18)** is hereby **STRICKEN**.

DONE AND ORDERED in Chambers at Miami, Florida, this 10th day of July, 2008.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lynch
All Counsel of Record

-2-

-2-