UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:  08-14118-CIV-MARTINEZ-BROWN

MIREYA PAEZ-SCARDIGNO, on her own
behalf and others similarly situated,

    Plaintiff,

vs.

LENNAR HOMES, LLC f/k/a LENNAR
HOMES, INC., a Florida corporation,

    Defendant.
_____/

## ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CASE WITH PREJUDICE

This matter came before the Court upon receipt of the parties' Joint Stipulation of Dismissal with Prejudice **(D.E. No. 22)**, indicating that the parties had reached a settlement. When a private action is brought under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, as is the case with the instant action, the court "may enter a stipulated judgment after scrutinizing the settlement for fairness." *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982).  Defendant provided a copy of the Settlement Agreement for the Court to review in camera.  After careful consideration of the Settlement Agreement, the Court finds that it represents a fair and reasonable resolution of a bona fide FLSA suit.  *See Lynns' Food Stores, Inc.*, 679 F.2d at 1353.  Therefore, it is hereby:

**ORDERED and ADJUDGED** that this action be **DISMISSED with prejudice**.  This Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.  It is also:

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this

case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 14th day of October, 2008.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Brown
All Counsel of Record